**DOCKET NUMBER:** 21-cr-191

**CRIMINAL CAUSE FOR** Arraignment

**BEFORE CHERYL L. POLLAK, U.S.M.J.**  **DATE:** 4/21/2021  **TIME IN COURT:** 8 minutes

**DEFENDANT'S NAME:** Mileta Miljanic
- X Present
- ___ Not Present
- X Custody
- ___ Not Custody

**DEFENSE COUNSEL:** Lawrence DiGiansante
- ___ Federal Defender
- ___ CJA
- X Retained

**A.U.S.A.:** Kayla Bensing       **PRETRIAL/PROBATION:**

- X **COURT REPORTER** ___ **ESR OPERATOR**    **LOG:** 9:07 -9:15 a.m.
  Denise Parisi

**INTERPRETER:** N/A       **LANGUAGE:**

- X Arraignment
- ___ Change of Plea Hearing (~*Util-Plea Entered*)
- ___ In Chambers Conference
- ___ Pre-Trial Conference
- ___ Initial Appearance
- ___ Status Conference
- ___ Telephone Conference
- ___ Jury Selection
- ___ Motion Hearing – evidentiary
- ___ Other Hearing:
- ___ Revocation of Probation – non-contested
- ___ Revocation of Probation – contested
- ___ Sentencing – non-evidentiary
- ___ Sentencing – contested
- ___ Revocation of Supervised Rel. – evidentiary
- ___ Revocation of Supervised Rel. – non-evidentiary
- ___ Voir Dire Begun
- ___ Voir Dire Held

- X Case called
- X Defendant:  X Sworn  X Informed of Rights
- ___ Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
- ___ Waiver of Indictment Executed
- ___ Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
- ___ Court Finds Factual Basis for the Plea
- ___ Sentencing Set for:
- ___ Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
- X Order of Excludable Delay Entered:  From  4/21/2021  To  5/21/2021
- ___ Order of Temporary Detention Entered

**TEXT**

Case Called. AUSA Kayla Bensing; Def atty Lawrence DiGiansante. All parties present via teleconference. Dft arraigned on the indictment. Dft pleads not guilty to Count One of Indictment: Felon in Possession of a Firearm, 18 USC §§ 922(g)(1), 924(a)(2), and 3351 et seq. Order of Excl. Delay entered btw. 4/21 – 5/21/2021. Status conference scheduled for May 21, 2021 at 9:00 a.m. before Judge DeArcy Hall. Please dial 1-888-684-5552; access code 1537693.

**UTILITIES**

| | | | |
|---|---|---|---|
| X | ~Util-Plea Entered | _____ | ~Util-Add/Terminate Attorneys |
| _____ | ~Util-Exparte Matter | _____ | ~Util-Terminate Parties |
| _____ | ~Util-Set/Reset Deadlines | _____ | ~Util-Indictment Unsealed |
| X | ~Util-Set/Reset Hearings | _____ | ~Util-Information Unsealed |
| _____ | ~Util-Set/Reset Deadlines/Hearings | _____ | ~Util-Bond Set/Reset |
| _____ | ~Util-Terminate Motions | _____ | ~Util-Set/Reset Mot./R&R Deadlines/Hearings |