UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                              21-CR-191 (LDH)

MILETA MILJANIC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Mathew S. Miller from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Mathew S. Miller
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6075
    Fax: (718) 254-6076
    Email: mathew.miller@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Mathew S. Miller at the email address set forth above.

Dated: Brooklyn, New York
        May 21, 2021

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By: /s/ Mathew S. Miller
Mathew S. Miller
Assistant U.S. Attorney

cc: Clerk of the Court (LDH)