# Lawrence R. DiGiansante
Attorney at Law
984 Morris Park Avenue
Bronx, N.Y. 10462
Phone (718) 822-0707

Fax (718) 904-1030

e-mail: Ldcrimlaw@optonline.net

March 30, 2022

VIA ECF

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States v. Mileta Miljanic
Case No. 21-Cr-191 (LDH)

Dear Judge De Arcy Hall:

I am writing regarding my client Mileta Miljanic. Mr. Miljanic is currently scheduled to be sentenced on May 20, 2022 pursuant to Your Honor's January 25, 2022 order. After consultation with Assistant United States Attorney Kayla Bensing and pursuant to Your Honor's direction, the parties have agreed to an expedited briefing schedule subject to Your Honor's approval.

The Government has proposed that its sentencing submission would be filed on April 8, 2022. The defense is requesting to file its response on or before April 20, 2022. Ms. Bensing is currently scheduled to begin a trial on April 25, 2022 thus we are jointly requesting a sentencing date of either May 5 or May 6.

I thank Your Honor for any courtesy concerning this request.

Very truly yours,

Lawrence DiGiansante