

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KCB/VAZ
F. #2021R00194

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 4, 2022

<u>By ECF and E-mail</u>

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Mileta Miljanic
                <u>Criminal Docket No. 21-191 (LDH)</u>

Dear Judge DeArcy Hall:

      The government respectfully submits this letter in advance of the sentencing for the defendant Mileta Miljanic, also known as "Mike" and "Mike Mike," scheduled for May 4, 2022, and in response to the defendant's April 25, 2022 objections to the Presentence Investigation Report ("PSR").

      Specifically, as to the defendant's objection to paragraph 3 of the PSR, the government agrees with the Probation Department that the origin of the gun charge in this case—the execution of a search warrant in connection with an investigation in the Southern District of New York—is relevant as background information for the Court and should remain in the PSR.  <u>See</u> Apr. 29, 2022 PSR Addendum.

      As to the defendant's objection to paragraph 23 of the PSR, the government encloses additional information from Milan, Italy's Financial and Economic Police Unit regarding the defendant's Italian conviction.

As set forth in the government's sentencing memorandum, the government recommends that this Court impose a sentence of 21 months' imprisonment and a substantial fine.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
Kayla Bensing
Victor Zapana
Assistant U.S. Attorneys
(718) 254-7180/6279

cc:    Clerk of the Court (LDH) (by ECF)
       Defense counsel (by ECF)